Judge William Johnson,

I, Michael J. Nissen, Plaintiff in case # 1:20-CV-00151-WJ-SMV assigned to you on or about February 21, 2020, am requesting any other paperwork associated with why this case was re-assigned to Judge Paul Kelly Jr. As the Plaintiff in this case it is my Constitutional Rights of Due Process, and Equal Protection of the Laws to receive all legal documents to Defendants filing related to Plaintiff in your venue. My address will be listed on page 2. I look

FOWARD TO A TIMELY RESPONSE IN REGARDS TO THIS LEGAL MATTER BEFORE US. MAY GOD BLESS AMERICA AND THIS GREAT CONSTITUTION U TOOK AN OATH TO UPHOLD AND DEFEND.

RESPECTFULLY SUBMITTED,

*Michael J Nissen*

MICHAEL J NISSEN

DATED 03/05/2020

MICHAEL J. NISSEN
02508151
P.O. BOX 3540
CIBOLA COUNTY CORRECTIONS CENTER
MILAN, NM 87021

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

10th Division

|  |  |
|---|---|
| MICHAEL J. NISSEN <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> JUDGE JAMES O' BROWNING <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 20cv151 WJ-SMV <br> *(to be filled in by the Clerk's Office)* <br><br> FILED <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW MEXICO <br> 20 FEB 21 PM 1:38 <br> CLERK-ALBUQUERQUE |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

MICHAEL J. NISSEN
02508151
P.O. BOX 3540
CIBOLA COUNTY CORRECTIONS CENTER
MILAN, NM 87021

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 09 2020
MITCHELL R. ELFERS
CLERK

ATTN: JUDGE WILLIAM JOHNSON
UNITED STATES DISTRICT COURT
OF THE DISTRICT OF NEW MEXICO
CLERK OF THE COURT
SUITE 270
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102

87102-227470